IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMERCO REAL ESTATE COMPANY,** | : | Civil No. 1:21-CV-00628 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **FIRST AMERICAN TITLE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

**AND NOW**, this 4th day of April, 2022, upon consideration of the motion to dismiss filed by Defendant First American Title Insurance Company (Doc. 8), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** and the complaint is **DISMISSED** with prejudice.

The Clerk of Court is directed to close this case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge